UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEONARDO RAMOS,

    Plaintiff,

vs.
                      Case No. 8:09-cv-325-T-27EAJ

ROSA LOPEZ,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's amended Application to Proceed Without Payment of Fees (Dkt. 17) be denied. (Dkt. 20). Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

    1)    The Report and Recommendation (Dkt. 20) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)    Plaintiff's amended Application to Proceed Without Payment of Fees and Affidavit (Dkt. 17) is construed as a motion for leave to proceed *in forma pauperis* and is **DENIED.**

    3)    Plaintiff shall pay the $350.00 filing fee to the Clerk within thirty (30) days of the entry of this order, failing which, this cause will be dismissed under Local Rule 4.07 without further notice.

**DONE AND ORDERED** in Tampa, Florida, on this 11th day of August, 2009.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of record, Unrepresented parties